UNITED STATES DISTRICT COURT 2019 JUL 16 AM 11: 01
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA. FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:19 cr 293 T36 CPT

18 U.S.C. § 922(g)(1)

JHAPHRE HIGGS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 23, 2018, in the Middle District of Florida, the

defendant,

JHAPHRE HIGGS,

knowing he had been previously convicted in any court of a crime punishable

by imprisonment for a term exceeding one year, including:

1. Aggravated Battery with Possession of a Firearm, on or about August 31, 2004;

2. Delinquent in Possession of a Firearm, on or about August 31, 2004;

3. Possession of Cocaine, on or about November 18, 2015;

4. Possession of Hydromorphone, on or about November 18, 2015; and

5. Fleeing or Eluding a Law Enforcement Officer, on or about November 18, 2015,

while adding and abetting others, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Smith and Wesson pistol loaded with five rounds of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2.

## COUNT TWO

On or about February 6, 2019, in the Middle District of Florida, the defendant,

### JHAPHRE HIGGS,

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Aggravated Battery with Possession of a Firearm, on or about August 31, 2004;

2. Delinquent in Possession of a Firearm, on or about August 31, 2004;

3. Possession of Cocaine, on or about November 18, 2015;

4. Possession of Hydromorphone, on or about November 18, 2015; and

5. Fleeing or Eluding a Law Enforcement Officer, on or about November 18, 2015,

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Hi-Point pistol loaded with eight rounds of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2.

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    The property to be forfeited includes, but is not limited to, a Smith and Wesson pistol, a Hi-Point pistol, and 13 rounds of ammunition

4.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### JHAPHRE HIGGS

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day

of July, 2019.

_____
Clerk

Bail $_____

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

2019 JUL 16   AM 11: 07

FILED

GPO 863 525