UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-293-CEH-CPT

JHAPHRE HIGGS
a/k/a "PRE"

## STIPULATION OF THE PARTIES

It is hereby stipulated and agreed by and between the United States of America, by and through its representatives, Assistant United States Attorneys Craig R. Gestring and Charlie Connally; the defendant, Jhaphre Higgs; and his attorney, Jeffrey Brown, that the United States has established the following facts beyond a reasonable doubt, and that no evidence need be presented by the United States at trial or any further proceedings regarding the same:

1. The defendant has been a convicted felon since August 31, 2004. On that date, the defendant lost his legal right to possess a firearm or ammunition, and those rights have never been restored. Moreover, ever since August 31, 2004, the defendant has known that he is a convicted felon who may not lawfully possess any firearm or ammunition.

So stipulated, 25 day of May, 2022.

AGREED:

_____
Jeffrey Brown
Attorney for Defendant

_____
Jhaphre Higgs
Defendant

ROGER B. HANDBERG
United States Attorney

_____
Craig R. Gestring
Assistant United States Attorney

_____
Charlie Connally
Assistant United States Attorney